**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7748**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY MORRELL WILLIS, a/k/a Pee Wee,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-99-158, CA-01-437-BO)

_____

Submitted: February 27, 2002          Decided: March 12, 2002

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Timothy Morrell Willis, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy M. Willis seeks to appeal the district court's order dismissing his motion to vacate sentence, 28 U.S.C.A. § 2255 (West Supp. 2001). Each of Willis's four claims is based on the Supreme Court's decision in Apprendi v. New Jersey, 530 U.S. 466 (2000). We have held that "Apprendi does not apply retroactively to cases on collateral review." United States v. Sanders, 247 F.3d 139, 146 (4th Cir.), cert. denied, ___ U.S. ___, 70 U.S.L.W. 3339 (U.S. Nov. 13, 2001) (No. 01-6715). Willis's § 2255 motion to vacate is just such a collateral attack; therefore, the district court correctly dismissed the claims.

We deny Willis's motion for transcript at government expense as he has not established that his appeal is not frivolous but presents a substantial question. We deny his motion for certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2